Mary Shea Hagebols (SBN 113222)
SHEA LAW OFFICES
1814 Franklin Street, Suite 800
Oakland, CA 94612
Tel: 510-208-4422
Fax: 415-520-9407
Email: mary@shealaw.com

Attorney for Plaintiff David Peterson

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**(San Francisco)**

| | |
|---|---|
| DAVID PETERSON, | CASE NO. 3:14-cv-02293-LB |
| Plaintiff, | |
| vs. | STIPULATION AND [PROPOSED] ORDER RE DISMISSAL WITH PREJUDICE |
| CARPENTER/ROBBINS COMMERCIAL REAL ESTATE, INC., a California corporation, | |
| Defendant. | |

Plaintiff DAVID PETERSON ("Plaintiff") and Defendant CARPENTER/ROBBINS COMMERCIAL REAL ESTATE, INC. ("Defendant") hereby stipulate as follows:

WHEREAS, Plaintiff and Defendant are the only parties that have appeared in the Action;

WHEREAS, Plaintiff and Defendant have entered into a private and confidential settlement of this matter;

**STIPULATION AND [PROPOSED] ORDER RE DISMISSAL WITH PREJUDICE**

3:14-cv-02293-LB

- 1 -

WHEREAS, Plaintiff and Defendant hereby stipulate to dismiss the instant action, in its entirety with prejudice by way of this stipulation and order; each side to bear their own attorneys' fees and costs.

NOW THEREFORE, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), Plaintiff hereby dismisses this Action, in its entirety, with prejudice by way of this stipulation.

**IT IS SO STIPULATED:**

DATED: November 10, 2014            SHEA LAW OFFICES


                                    By:    /s/ Mary Shea Hagebols

                                           Mary Shea Hagebols
                                           Attorneys for Plaintiff
                                           DAVID  PETERSON


DATED: November 10, 2014            GORDON & REES LLP


                                    By:    _/s/_ Michael Laurenson _
                                           Michael Laurenson
                                           Sara Moore
                                           Attorneys for Defendant
                                           CARPENTER/ROBBINS COMMERCIAL
                                           REAL ESTATE, INC.

**STIPULATION AND [PROPOSED] ORDER RE DISMISSAL WITH PREJUDICE**

3:14-cv-02293-LB

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

The forgoing shall be the order of this Court.  This matter is hereby dismissed with prejudice.

Dated: November 12, 2014

_____

Laurel Beeler
United States Magistrate Judge